**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-2024**

_____

AMY R. MOUNTS VARNEY, on behalf of Bobby B.
Mounts (deceased),

                         Plaintiff - Appellant,

        versus

JO ANNE BARNHART, Commissioner of Social
Security,

                         Defendant - Appellee.

_____

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston.  Joseph Robert Goodwin,
District Judge.  (CA-02-134)

_____

Submitted:  March 31, 2004          Decided:  May 12, 2004

_____

Before MOTZ, TRAXLER, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Wolodymyr Cybriwsky, Prestonsburg, Kentucky, for Appellant.  James
A. Winn, Regional Chief Counsel, Eric P. Kressman, Supervisory
Attorney, Robert W. Kosman, Assistant Regional Counsel,
Philadelphia, Pennsylvania; Kasey Warner, United States Attorney,
Kelly R. Curry, Assistant United States Attorney, Charleston, West
Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Amy R. Mounts Varney* appeals the district court's order adopting the recommendation of the magistrate judge to uphold the Commissioner's denial of disability insurance benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Varney v. Barnhart, No. CA-02-134 (S.D.W. Va. June 23, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

*Varney initiated this action on behalf of her deceased father, Bobby B. Mounts, after the Commissioner denied Mounts' claim for disability insurance benefits.

- 2 -